# United States Court of Appeals

## For the First Circuit

No. 01-2693

KENNETH CONLEY,

Petitioner, Appellee,

v.

UNITED STATES OF AMERICA,

Respondent, Appellant.

ERRATA

The opinion of this Court, issued on March 6, 2003, should be amended as follows:

On page 15, note 8:  change "D. Mass. R. 40.1(i)." to "D. Mass. R. 40.1(K).".